UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Phillip A. Taylor                                    :

                            Plaintiff,               :

            -against-                                :

Frank Rivera, Superintendent                         :

                            Defendant.               :
-------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/12/08
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8668 (PKC)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |

_____

_____

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X__ Habeas Corpus

___ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: _____

Do not check if already referred for general pretrial.

SO ORDERED.

P. Kevin Castel
United States District Judge

DATED:  New York, New York
            March 12, 2008